■ CITY OF NIAGARA FALLS, Appellant, v. WILLIAM ZAK et al., Respondents.— Judgment and order unanimously affirmed, with costs. Memorandum: Since the property taken was income producing, the economic approach was the best method of determining value. (*City of Buffalo v. Migliore*, 34 A D 2d 334.) The record amply supports the award when this method is employed. We adopt $4,800 as the value of the land, the figure placed upon it by the city's appraiser, and find the economic rent to be $9,600, as testified to by defendants' appraiser. We have accepted the city's appraiser's figure on expenses except that we have not allowed for vacancies since the subject property has never been vacant (*Wolnstein v. State of New York*, 33 A D 2d 990), and have reduced the figure for insurance from $300 to $272, the actual amount of the premium. Deducting these expenses of $3,140, we arrive at a net rental

of $6,460. Imputing $380 of the rental to land leaves a net income of $6,076, which capitalized at 11%, produces a value of $55,236.36 for the improvements. Adding the land value to the improvements, we arrive at $60,036.36, rounded to $60,000, the value found by the trial court. (Appeal from judgment and order of Niagara Special Term in condemnation action.) Present — Goldman, P. J., Del Vecchio, Moule, Cardamone and Henry, JJ.